**98–495.   State ex rel. Stewart v. Indus. Comm.**
Franklin App. No. 96APD11–1542.

This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due May 18, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.   Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**98–644.   Mundy v. Bohman.**
Greene App. No. 97CA89.

This cause is pending before the court as a claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due May 11, 1998, in compliance with the Rules of Practice of the Supreme Court, and therefore has failed to prosecute this cause with the requisite diligence.   Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

*Wednesday, May 27, 1998*

## DISCIPLINARY DOCKET

**94–1375.   Cincinnati Bar Assn. v. Wolosin.**
This matter is pending before the court upon the filing by the Clients' Security Fund of a motion for leave to file motion for order to show cause.   Upon consideration thereof,

IT IS ORDERED by the court that the motion be, and is, hereby, granted.

**96–436.   Columbus Bar Assn. v. Sterner.**
This matter is pending before the court upon the filing by the Clients' Security Fund of a motion for leave to file motion for order to show cause.   Upon consideration thereof,

IT IS ORDERED by the court that the motion be, and is, hereby, granted.

**96–1433.   Cleveland Bar Assn. v. Rea.**
This matter is pending before the court upon the filing by the Clients' Security Fund of a motion for leave to file motion for order to show cause.   Upon consideration thereof,

IT IS ORDERED by the court that the motion be, and is, hereby, granted.

**96–1466.   Cleveland Bar Assn. v. Droe.**
This matter is pending before the court upon the filing by the Clients' Security Fund of a motion for leave to file motion for order to show cause.   Upon consideration thereof,

IT IS ORDERED by the court that the motion be, and is, hereby, granted.

**96–1966.   Cincinnati Bar Assn. v. Hatfield.**
This matter is pending before the court upon the filing by the Clients' Security Fund of a motion for leave to file motion for order to show cause.   Upon consideration thereof,

IT IS ORDERED by the court that the motion be, and is, hereby, granted.

**96–2428.   Akron Bar Assn. v. Snyder.**
This matter is pending before the court upon the filing by the Clients' Security Fund of a motion for leave to file motion for order to show cause.   Upon consideration thereof,

IT IS ORDERED by the court that the motion be, and is, hereby, granted.

**96–2480.   Disciplinary Counsel v. Gatwood.**
This matter is pending before the court upon the filing by the Clients' Security Fund of a motion for leave to file motion for order to show cause.   Upon consideration thereof,

IT IS ORDERED by the court that the motion be, and is, hereby, granted.